IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHANNON COBLE, | : Civil No. 3:23-cv-563 |
| Plaintiff | : (Judge Mariani) |
| v. | : |
| WARDEN TIMOTHY BETTI, | : |
| Defendant | : |

### ORDER

**AND NOW**, this 15th day of June, 2023, upon preliminary consideration of Plaintiff's third amended complaint (Doc. 17), and in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The third amended complaint (Doc. 17) is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this Order is **DEEMED** frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge